UNITED STATES DISTRICT COURT
CENRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| | |
|---|---|
| VIRGINIA LOUISE HALE,<br>    Plaintiff,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | ) Case No. EDCV-20-2597-PVC<br>)<br>) **ORDER AWARDING EQUAL**<br>) **ACCESS TO JUSTICE ACT**<br>) **ATTORNEY FEES PURSUANT TO**<br>) **28 U.S.C. § 2412(d)**<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS [$7400.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: April 25, 2022     _____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE